UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIVIAN HAMSTRA,

        Plaintiff,                            Case No. 1:11-cv-1076

v                                              Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**JUDGMENT**

        Pursuant to the Federal Rules of Civil Procedure 58, judgment is hereby entered for plaintiff, reserving the Commissioner's final decision and remanding this action to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).


Dated:  April 10, 2012                          /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                      United States Magistrate Judge